

Molly C. Dwyer
Clerk of Court

Office of the Clerk
United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

**FILED**

DEC 23 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

Docket Number:      25-8056
Originating Case Number:      3:23-cv-00768-BEN-VET

Short Title:      Mirabelli, et al. v. Bonta, et al.

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number: 25-8056
Originating Case Number: 3:23-cv-00768-BEN-VET

Case Title: Mirabelli, et al. v. Bonta, et al.

**Sunday, December 29, 2025**

| | |
|---|---|
| Francisco Escobedo | Mediation Questionnaire due |
| Brenda Lewis | Mediation Questionnaire due |
| Anya Ayyappan | Mediation Questionnaire due |
| Gabriela Orozco-Gonzalez | Mediation Questionnaire due |
| Cynthia Glover Woods | Mediation Questionnaire due |
| Tony Thurmond | Mediation Questionnaire due |
| James J. McQuillen | Mediation Questionnaire due |
| Linda Darling-Hammond | Mediation Questionnaire due |
| Haydee Rodriguez | Mediation Questionnaire due |
| Alison Yoshimoto-Towery | Mediation Questionnaire due |
| Sharon Olken | Mediation Questionnaire due |
| Rob Bonta | Mediation Questionnaire due |
| Kim Pattillo Brownson | Mediation Questionnaire due |

**Monday, January 6, 2026**

| | |
|---|---|
| Kim Pattillo Brownson | Appeal Transcript Order Due |
| Brenda Lewis | Appeal Transcript Order Due |
| Cynthia Glover Woods | Appeal Transcript Order Due |
| Linda Darling-Hammond | Appeal Transcript Order Due |

| | |
|---|---|
| Gabriela Orozco-Gonzalez | Appeal Transcript Order Due |
| Anya Ayyappan | Appeal Transcript Order Due |
| James J. McQuillen | Appeal Transcript Order Due |
| Tony Thurmond | Appeal Transcript Order Due |
| Haydee Rodriguez | Appeal Transcript Order Due |
| Rob Bonta | Appeal Transcript Order Due |
| Alison Yoshimoto-Towery | Appeal Transcript Order Due |
| Francisco Escobedo | Appeal Transcript Order Due |
| Sharon Olken | Appeal Transcript Order Due |

**Wednesday, February 5, 2026**

| | |
|---|---|
| Anya Ayyappan | Appeal Transcript Due |
| Gabriela Orozco-Gonzalez | Appeal Transcript Due |
| Tony Thurmond | Appeal Transcript Due |
| Alison Yoshimoto-Towery | Appeal Transcript Due |
| Linda Darling-Hammond | Appeal Transcript Due |
| Brenda Lewis | Appeal Transcript Due |
| James J. McQuillen | Appeal Transcript Due |
| Kim Pattillo Brownson | Appeal Transcript Due |
| Haydee Rodriguez | Appeal Transcript Due |
| Rob Bonta | Appeal Transcript Due |
| Francisco Escobedo | Appeal Transcript Due |
| Sharon Olken | Appeal Transcript Due |
| Cynthia Glover Woods | Appeal Transcript Due |

**Monday, March 17, 2026**

| | |
|---|---|
| Linda Darling-Hammond | Appeal Opening Brief Due |
| Sharon Olken | Appeal Opening Brief Due |
| Gabriela Orozco-Gonzalez | Appeal Opening Brief Due |
| Brenda Lewis | Appeal Opening Brief Due |
| Tony Thurmond | Appeal Opening Brief Due |
| Alison Yoshimoto-Towery | Appeal Opening Brief Due |
| Anya Ayyappan | Appeal Opening Brief Due |
| Kim Pattillo Brownson | Appeal Opening Brief Due |
| Haydee Rodriguez | Appeal Opening Brief Due |
| Rob Bonta | Appeal Opening Brief Due |

| | |
|---|---|
| Cynthia Glover Woods | Appeal Opening Brief Due |
| Francisco Escobedo | Appeal Opening Brief Due |
| James J. McQuillen | Appeal Opening Brief Due |

**Wednesday, April 16, 2026**

| | |
|---|---|
| John Poe | Appeal Answering Brief Due |
| Jane Poe | Appeal Answering Brief Due |
| Jane Roe | Appeal Answering Brief Due |
| Jane Boe | Appeal Answering Brief Due |
| Jane Doe | Appeal Answering Brief Due |
| Lori Ann West | Appeal Answering Brief Due |
| Elizabeth Mirabelli | Appeal Answering Brief Due |
| John Doe | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**