No. 25-8056

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

ELIZABETH MIRABELLI, *et al.*,
    *Plaintiffs-Appellees*,

v.

MARK OLSON, *et al.*,
    *Defendants-Appellants*.

**On Appeal from the United States District Court
for the Southern District of California**
No. 3:23-cv-0768-BEN-VET
The Honorable Roger T. Benitez, Judge

**CIRCUIT RULE 27-3 CERTIFICATE IN SUPPORT OF EMERGENCY MOTION FOR A STAY PENDING APPEAL AND FOR AN IMMEDIATE INTERIM ADMINISTRATIVE STAY**

**RELIEF REQUESTED BY JANUARY 5, 2026**

ROB BONTA
  *Attorney General of California*
SAMUEL T. HARBOURT
  *Solicitor General*
HELEN H. HONG
  *Principal Deputy Solicitor General*
CHERYL L. FEINER
  *Senior Assistant Attorney General*
JOSHUA A. KLEIN
  *Supervising Deputy Solicitor General*

JULIE VEROFF
  *Deputy Solicitor General*
DARRELL W. SPENCE
  *Supervising Deputy Attorney General*
JENNIFER A. BUNSHOFT
KEVIN L. QUADE
  *Deputy Attorneys General*

STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
(415) 510-3776
Julie.Veroff@doj.ca.gov
  *Attorneys for State Defendants*

December 24, 2025

# CIRCUIT RULE 27-3 CERTIFICATE

The undersigned counsel certifies the following information, as required by Ninth Circuit Rule 27-3(c):

**(1) Names, Telephone Numbers, E-Mail Addresses, and Office Addresses for the Attorneys for All Parties (9th Cir. R. 27-3(c)(i)):**

*Counsel for State Defendants-Appellants:*

Julie Veroff (Julie.Veroff@doj.ca.gov)
Joshua A. Klein (Joshua.Klein@doj.ca.gov)
Darrell W. Spence (Darrell.Spence@doj.ca.gov)
Jennifer A. Bunshoft (Jennifer.Bunshoft@doj.ca.gov)
Kevin L. Quade (Kevin.Quade@doj.ca.gov)
STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3776

*Counsel for Plaintiffs-Appellees:*

Charles S. LiMandri (cslimandri@limandri.com)
Paul M. Jonna (pjonna@limandri.com)
Jeffrey M. Trissell (jtrissell@limandri.com)
LiMANDRI & JONNA LLP
P.O. Box 9120
Rancho Santa Fe, CA 92067
Telephone: (858) 759-9930

Thomas Brejcha (tbrejcha@thomasmoresociety.org)
Peter Breen (pbreen@thomasmorsociety.org
THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, IL 60606
Telephone: (312) 782-1680

**(2) Facts Showing the Existence and Nature of the Emergency (9th Cir. R. 27-3(c)(ii)):**

The district court's injunction overrides state nondiscrimination and privacy laws to the extent they restrict the ability of teachers and other public-school employees to out transgender students to their parents without student consent. Although only four individual parents brought suit, the injunction covers every parent of California's nearly six million children attending public school. The injunction also provides novel opt-out rights to California's 319,000 public-school teachers, who are now authorized to call transgender students by their "natal pronouns" and names on the basis of "conscientious and religious objections." As a result of the injunction, there is a serious risk that teachers and schools will begin disclosing sensitive information about students' gender identities and expression—information that students disclosed relying on existing statutory and regulatory protections. Once their information is disclosed, it cannot be recalled.

LGBTQ students will suffer profound harms. Outing transgender students to their parents before they are ready threatens severe mental and emotional anguish, depression, and in extreme cases, even suicide. Although many parents provide a welcoming, supportive environment for their children, not all do so. The unfortunate reality is that some children will encounter rejection, abandonment, or abuse if they reveal their gender identity at home. The district court's injunction

provides no exceptions for even extreme cases where students or teachers reasonably fear mental or physical abuse.

In light of those harms and others described in the motion, State Defendants respectfully request that the Court issue an immediate administrative stay by December 26, 2025, and a stay pending appeal by January 5, 2026.  Although the risk to students from the injunction is somewhat mitigated until January 5 because most students and staff are on winter break, teachers and other school officials may attempt to communicate with parents by email or phone before school resumes.  In light of the serious harms threatened by such action and the harms presented by the district court's injunction, an immediate administrative stay and stay pending appeal are warranted.

**(3) Why the Motion Could Not Have Been Filed Earlier (9th Cir. R. 27-3(c)(iii)):**

The district court issued its order granting partial summary judgment and a permanent injunction on December 22, 2025.  The State Defendants promptly filed a request for an immediate 14-day administrative stay and a stay pending appeal the same day, in part to avoid rushing briefing before this Court.  State Defendants also filed a Notice of Appeal on December 23, 2025.  The district court denied an administrative stay and a stay pending appeal on December 24, 2025.  The State Defendants filed this emergency motion as soon as practicable the same day.  The

undersigned counsel notified the Court's Emergency Motions Department by email on December 23 and 24, 2025.

**(4)  When and How Counsel Were Notified and Served and Plaintiffs' Position on the Emergency Motion (9th Cir. R. 27-3(c)(iv)):**

On December 23, 2025, counsel for the State Defendants informed Plaintiffs' counsel by email that the State Defendants would seek an immediate administrative stay and a stay pending appeal from this Court, if the district court did not grant relief. Plaintiffs oppose this emergency motion. Service will be effected through the Court's ACMS system.

//

//

//

//

//

//

**(5) The Requested Relief Was First Sought in the District Court (9th Cir. R. 27-3(c)(v)):**

State Defendants requested that the district court enter a stay of its order on December 22, 2025, shortly after the district court issued its order. *See* D.Ct. Dkt. 309. The district court denied the motion on December 24, 2025. D.Ct. Dkt. 313.

I declare under penalty of perjury that the foregoing is true.

Dated: December 24, 2025

Respectfully submitted,

*s/Julie Veroff*

ROB BONTA
  *Attorney General of California*
SAMUEL T. HARBOURT
  *Solicitor General*
HELEN H. HONG
  *Principal Deputy Solicitor General*
CHERYL L. FEINER
  *Senior Assistant Attorney General*
JOSHUA A. KLEIN
  *Supervising Deputy Solicitor General*
JULIE VEROFF
  *Deputy Solicitor General*
DARRELL W. SPENCE
  *Supervising Deputy Attorney General*
JENNIFER A. BUNSHOFT
KEVIN L. QUADE
  *Deputy Attorneys General*