# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 25-8056

**Case Name** Mirabelli et al. v. Bonta et al.

**Counsel submitting this form** Paul M. Jonna

**Represented party/parties** Plaintiffs-Appellees Elizabeth Mirabelli, Lori Ann West, Jane Roe, Jane Boe, John Poe, Jane Poe, John Doe, and Jane Doe.

*Briefly describe the dispute that gave rise to this lawsuit.*

In 2016, the California Department of Education published a "Legal Advisory regarding application of California's antidiscrimination statutes to transgender youth in schools," and an accompanying "Frequently Asked Questions" page. Although the FAQs purported to be tied to AB 1266 (2013), they in fact set out the CDE's interpretation of all provisions of California law governing gender-identity issues in public schools. In the FAQs, the CDE stated that (1) "school districts should accept and respect a student's assertion of their gender identity where the student expresses that identity at school," (2) "schools must consult with a transgender student to determine who can or will be informed of the student's transgender status, if anyone, including the student's family"; (3) "schools are required to respect the limitations that a student places on the disclosure of their transgender status, including not sharing that information with the student's parents" except where "there is a specific and compelling 'need to know'"; and (4) "[a] transgender student's right to privacy does not restrict a student's right to openly discuss and express their gender identity or to decide when or with whom to share private information." The CDE intended the Legal Advisory to set a floor for school district compliance with the law. It also linked to model board policies, model administrative regulations, and a California School Boards Association policy brief. Plaintiffs and the district court collectively refer to the FAQ page directives and model policies as CDE's "Parental Exclusion Policies." They eventually filtered down to all school districts. Plaintiffs, a coalition of teachers and parents, initiated a 42 U.S.C. § 1983 putative class action challenging the Parental Exclusion Policies as violative of their rights to Free Speech, Free Exercise of Religion, and Due Process/Parental Rights.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form** 1 *Rev. 09/01/22*

*Briefly describe the result below and the main issues on appeal.*

After extensive fact and expert discovery, including 25 depositions, Plaintiffs moved for class certification, summary judgment, and entry of a class-wide permanent injunction. The district court agreed that the CDE's Parental Exclusion Policies were unconstitutional, granted class certification, and permanently enjoined them statewide. On appeal, the State Defendants are challenging both the merits of Plaintiffs' claims and the scope of the relief ordered.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

Plaintiffs Mirabelli and West have also advanced claims seeking damages against the Escondido Union School District and various EUSD officials. Those claims have been severed and stayed pending entry of judgment against the State Defendants and this appeal. There are presently two cases before this Court raising related issues: *City of Huntington Beach v. Newsom*, No. 25-3826 (argued Nov. 4, 2025), and *Chino Valley Unified Sch. Dist. v. Newsom*, No. 25-3686 (briefing ongoing). There have also been state lawsuits raising issues related to the present action, including *People of the State of Cal. ex rel. Bonta v. Chino Valley Unified Sch. Dist.*, No. CIV SB 2317301 (Cal. Super. Ct., San Bernardino Cnty., Aug. 28, 2023), and *Cal. Dep't of Educ. v. Rocklin Unified Sch. Dist.*, No. S-CV-0052605 (Cal. Super. Ct., Placer Cnty., Apr. 10, 2024).

**Signature** /s/ Paul M. Jonna     **Date** 12/29/2025

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**  Rev. 09/01/22

2

# CERTIFICATE OF SERVICE

*Elizabeth Mirabelli v. Mark Olson, President of the EUSD Board of Education, et al.*

9th Circuit Court Case No.: 25-8056

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is P.O. Box 9120, Rancho Santa Fe, California 92067, and that I served the following document(s):

- **Plaintiffs' Mediation Questionnaire.**

on the interested parties in this action by placing a true copy in a sealed envelope, addressed as follows:

| | |
|---|---|
| Darrell Spence, Superv. Dep. Att'y Gen.<br>Kevin L. Quade, Dep. Att'y Gen.<br>California Department of Justice<br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>Telephone: (916) 210-6089<br>E-Mail: Darrell.Spence@doj.ca.gov<br>E-Mail: kevin.quade@doj.ca.gov | Emmanuelle Soichet, Dep. Att'y Gen.<br>Jennifer Bunshoft, Dep. Att'y Gen.<br>Shatti Hoque, Dep. Att'y Gen.<br>California Department of Justice<br>455 Golden Gate Ave., Ste. 1100<br>San Francisco, CA 94102-7004<br>E-Mail: emmanuelle.soichet@doj.ca.gov<br>E-Mail: Jennifer.Bunshoft@doj.ca.gov<br>E-Mail: shatti.hoque@doj.ca.gov |
| Darin L. Wessel, Dep. Att'y Gen.<br>California Department of Justice<br>600 W Broadway Ste 1800<br>San Diego, CA 92101-3375<br>Telephone: (619) 738-9125<br>E-Mail: Darin.Wessel@doj.ca.gov<br>**Attorneys for CDE Defendants** | Daniel R. Shinoff, Esq.<br>Jack Sleeth, Esq.<br>Maurice Bumbu, Esq.<br>Lauren Cambronero, Esq.<br>Artiano Shinoff<br>3636 Fourth Avenue, Suite 200<br>San Diego, CA 92103<br>Tel: 619-232-3122<br>E-Mail: dshinoff@as7law.com<br>E-Mail: nlay@as7law.com<br>E-Mail: jsleeth@as7law.com<br>E-Mail: mbumbu@as7law.com<br>E-Mail: lcambronero@as7law.com<br>**Attorneys for EUSD Defendants** |

__X__ (**BY ELECTRONIC FILING/SERVICE**) I caused such document(s) to be Electronically Filed and/or Service using the ECF/CM System for filing and transmittal of the above documents to the above-referenced ECF/CM registrants.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct. Executed on December 29, 2025, at Rancho Santa Fe, California.

_____
Rebecca M. Oakley