No. 25-8056

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

ELIZABETH MIRABELLI, *et al*.,
    *Plaintiffs-Appellees*,

v.

ROB BONTA, *et al*.,
    *Defendants-Appellants*.

**On Appeal from the United States District Court
for the Southern District of California**
No. 3:23-cv-0768-BEN-VET
The Honorable Roger T. Benitez, Judge

## CIRCUIT RULE 27-3 CERTIFICATE IN SUPPORT OF EMERGENCY MOTION FOR MODIFICATION OF THE STAY ORDER

### RELIEF REQUESTED BY MARCH 11, 2026

ROB BONTA
  *Attorney General of California*
SAMUEL T. HARBOURT
  *Solicitor General*
HELEN H. HONG
  *Principal Deputy Solicitor General*
CHERYL L. FEINER
  *Senior Assistant Attorney General*
JOSHUA A. KLEIN
  *Supervising Deputy Solicitor General*

JULIE VEROFF
  *Deputy Solicitor General*
DARRELL W. SPENCE
  *Supervising Deputy Attorney General*
JENNIFER A. BUNSHOFT
KEVIN L. QUADE
  *Deputy Attorneys General*

STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
(415) 510-3776
Julie.Veroff@doj.ca.gov
  *Attorneys for Defendants-Appellants*

March 6, 2026

# CIRCUIT RULE 27-3 CERTIFICATE

The undersigned counsel certifies the following information, as required by Ninth Circuit Rule 27-3(c):

**(1) Names, Telephone Numbers, E-Mail Addresses, and Office Addresses for the Attorneys for All Parties (9th Cir. R. 27-3(c)(i)):**

*Counsel for Defendants-Appellants:*

Julie Veroff (Julie.Veroff@doj.ca.gov)
Samuel T. Harbourt (Samuel.Harbourt@doj.ca.gov)
Helen H. Hong (Helen.Hong@doj.ca.gov)
Cheryl L. Feiner (Cheryl.Feiner@doj.ca.gov)
Joshua A. Klein (Joshua.Klein@doj.ca.gov)
Darrell W. Spence (Darrell.Spence@doj.ca.gov)
Jennifer A. Bunshoft (Jennifer.Bunshoft@doj.ca.gov)
Kevin L. Quade (Kevin.Quade@doj.ca.gov)
STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3776


*Counsel for Plaintiffs-Appellees:*

Charles S. LiMandri (cslimandri@limandri.com)
Paul M. Jonna (pjonna@limandri.com)
Jeffrey M. Trissell (jtrissell@limandri.com)
LiMANDRI & JONNA LLP
P.O. Box 9120
Rancho Santa Fe, CA 92067
Telephone: (858) 759-9930

Thomas Brejcha (tbrejcha@thomasmoresociety.org)
Peter Breen (pbreen@thomasmoresociety.org)
Michael McHale (mmchale@thomasmoresociety.org)
Christopher J.F. Galiardo (cgaliardo@thomasmoresociety.org)

THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, IL 60606
Telephone: (312) 782-1680

**(2) Facts Showing the Existence and Nature of the Emergency (9th Cir. R. 27-3(c)(ii):**

Following the Supreme Court's emergency docket decision granting in part and denying in part Plaintiffs-Appellees' motion to vacate this Court's stay order, the district court's permanent injunction in this case is now in effect as to the parent plaintiffs' claims and stayed as to the teacher plaintiffs' claims. In two critical respects, however, the terms of the district court's injunction that arguably remain in effect are inconsistent with the reasoning in the Supreme Court's opinion. Those terms threaten substantial harm and confusion if it is not confirmed that they are stayed pending appeal. Accordingly, Defendants-Appellants respectfully request that the Court modify its stay order as detailed below to clarify which terms of the permanent injunction are now in effect and which terms remain stayed pending appeal. Without the requested relief, Defendants-Appellants and public school employees will lack important clarity about their obligations under the injunction, and vulnerable students will be at risk of serious harm.

**(3) Why the Motion Could Not Have Been Filed Earlier (9th Cir. R. 27-3(c)(iii):**

On March 2, 2026, the Supreme Court issued a per curiam opinion granting in part and denying in part Plaintiffs-Appellees' emergency application to vacate the stay pending appeal that this Court entered on January 5. *See Mirabelli v. Bonta*, 607 U.S. __, 2026 WL 575049 (U.S. Mar. 2, 2026); C.A. Dkt. 13. On March 3, this Court issued an order vacating the stay as to the parents' claims and confirming that "[t]he stay remains in effect as to the remaining claims." C.A. Dkt. 19 at 3. Defendants-Appellants filed this emergency motion to modify the stay order to reconcile it with the reasoning in the Supreme Court's opinion as soon thereafter as was practicable. The undersigned counsel notified the Court's Emergency Motions Department by email on March 5, 2026.

**(4) When and How Counsel Were Notified and Served and Plaintiffs-Appellees' Position on the Emergency Motion (9th Cir. R. 27-3(c)(iv):**

On March 5, 2026, counsel for Defendants-Appellants informed Plaintiffs-Appellees' counsel by email that Defendants-Appellants would move this Court to modify its stay order to ensure that the permanent injunction now in effect aligns with the reasoning in the Supreme Court's opinion. Plaintiffs oppose this emergency motion. Service will be effected through the Court's ACMS system.

**(5) The Requested Relief Was Not Sought in the District Court (9th Cir. R. 27-3(c)(v):**

Defendants-Appellants did not first seek the relief sought in the motion in the district court. The relief sought is a modification of this Court's order staying the district court's permanent injunction, not a modification of the permanent injunction itself. The request for that relief is thus most appropriately directed at this Court in the first instance.

I declare under penalty of perjury that the foregoing is true.

Dated: March 6, 2026

Respectfully submitted,

*s/Julie Veroff*
ROB BONTA
  *Attorney General of California*
SAMUEL T. HARBOURT
  *Solicitor General*
HELEN H. HONG
  *Principal Deputy Solicitor General*
CHERYL L. FEINER
  *Senior Assistant Attorney General*
JOSHUA A. KLEIN
  *Supervising Deputy Solicitor General*
JULIE VEROFF
  *Deputy Solicitor General*
DARRELL W. SPENCE
  *Supervising Deputy Attorney General*
JENNIFER A. BUNSHOFT
KEVIN L. QUADE
  *Deputy Attorneys General*