UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 9 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ELIZABETH MIRABELLI, an individual; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of California; et al., <br><br> Defendants - Appellants, <br><br> and <br><br> MARK OLSON, in his official capacity as President of the EUSD Board of Education; et al., <br><br> Defendants. | No. 25-8056 <br><br> D.C. No. 3:23-cv-00768-BEN-VET Southern District of California, San Diego <br><br> ORDER |

Before: MURGUIA, Chief Judge, and HURWITZ and MENDOZA, Circuit Judges.

The court has received Defendants' emergency motion for modification of stay order. Dkt. No. 24. The response to the emergency motion is due March 10, 2026.