UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 21 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| ELIZABETH MIRABELLI, an individual; et al., | No. 25-8056, 26-2337 |
| | D.C. No. 3:23-cv-00768-BEN-VET Southern District of California, San Diego |
| Plaintiffs - Appellees, | |
| v. | |
| ROB BONTA, in his official capacity as Attorney General of California; et al., | ORDER |
| Defendants - Appellants, | |
| and | |
| MARK OLSON, in his official capacity as President of the EUSD Board of Education; et al., | |
| Defendants. | |

Before: MURGUIA, Chief Judge, and HURWITZ and MENDOZA, Circuit Judges.

In light of Appellants' supplement to the motion to consolidate (Doc. 38), it has come to the court's attention that there was an error in the court's April 20, 2026 order (Doc. 37). The court's April 20, 2026 order is vacated. Appellants' motion to consolidate appeal nos. 25-8056 and 26-2337 is granted. The parties shall address both appeals in the same set of briefs according to the principal briefing schedule currently in place for appeal no. 25-8056.