No. 25-8056

𝕴𝖓 𝖙𝖍𝖊 𝖀𝖓𝖎𝖙𝖊𝖉 𝕾𝖙𝖆𝖙𝖊𝖘 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘 𝖋𝖔𝖗 𝖙𝖍𝖊 𝕹𝖎𝖓𝖙𝖍 𝕮𝖎𝖗𝖈𝖚𝖎𝖙

ELIZABETH MIRABELLI, et al.,
*Plaintiffs - Appellees*,

v.

ROB BONTA, *et al.*,
*Defendants - Appellants.*

---

On Appeal from the United States District Court
for the Southern District of California
Case No. 3:23-cv-0768-BAS-VET, Hon. Cynthia Bashant

---

*AMICUS CURIAE* BRIEF OF PFLAG, INC.; LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.; GLISTEN; PUBLIC ADVOCATES, INC.;
COURAGE CALIFORNIA INSTITUTE; EQUALITY CALIFORNIA; RPYA;
GLAD LAW; AND SACRAMENTO LGBT COMMUNITY CENTER
IN SUPPORT OF REVERSAL

---

Jeffrey M. Gutkin
Miranda Li
Miryam C. Fhima
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
jgutkin@cooley.com
mjli@cooley.com
mfhima@cooley.com

Karen L. Loewy
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006
(202) 804-6245
kloewy@lambdalegal.org

Nicholas Hite
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
3500 Oak Lawn Avenue, Suite 500
Dallas, TX 75219
(504) 788-6118
nhite@lambdalegal.org

*Counsel for Amici Curiae*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 34. Disclosure Statement under FRAP 26.1 and Circuit Rule 26.1-1

*Instructions for this form:* [http://www.ca9.uscourts.gov/forms/form34instructions.pdf](http://www.ca9.uscourts.gov/forms/form34instructions.pdf)

**9th Cir. Case Number(s)** | 25-8056

Name(s) of party/parties, prospective intervenor(s), or amicus/amici filing this form:

Lambda Legal Defense & Education Fund, Public Advocates, GLAD Law, Glisten, RPYA, Equality California Institute, Sacramento LGBT Community Center, PFLAG, Inc., Courage California Institute

Under FRAP 26.1 and Circuit Rule 26.1-1, I make the following disclosures:

1. I disclose the following information required by FRAP 26.1(a) and/or Circuit Rule 26.1-1(b) for any nongovernmental corporation, association, joint venture, partnership, limited liability company, or similar entity[1] which is a party, prospective intervenor, or amicus curiae in any proceeding, or which the government identifies as an organizational victim below in section 2 of this form,[2] or which is a debtor as disclosed below in section 3 of this form.

    a. Does the party, prospective intervenor, amicus, victim, or debtor have any parent companies? Parent companies include all companies that control the entity directly or indirectly through intermediaries.
    ○ Yes    ◉ No

    If yes, identify all parent corporations of each entity, including all generations of parent corporations *(attach additional pages as necessary)*:

    b. Is 10% or more of the stock of the party, prospective intervenor, amicus, victim, or debtor owned by a publicly held corporation or other publicly held entity?
    ○ Yes    ◉ No

---

[1] A corporate entity must be identified by its full corporate name as registered with a secretary of state's office and, if its stock is publicly listed, its stock symbol or "ticker."

[2] To the extent it can be obtained through due diligence.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 34**  *1*  *New 12/01/24*

If yes, identify all such owners for each entity *(attach additional pages as necessary)*:

2.  In a criminal case, absent good cause shown, the government must identify here any organizational victim of the alleged criminal activity:

3.  In a bankruptcy case, the debtor, the trustee, or, if neither is a party, the appellant must identify here each debtor not named in the court of appeals caption:

4.  Are you aware of any judge serving on this Court who participated at any stage of the case, either in district court, administrative proceedings, or in related state court proceedings?
    ○ Yes    ◉ No

    If yes, list the name of the judge and the case name, case number, and name of court of the related proceedings:

I certify that *(select only one)*:

○   this is the first disclosure statement filed in the above-referenced case by the above-identified party/parties, prospective intervenor(s), or amicus/amici, and this disclosure statement complies with FRAP 26.1 and Circuit Rule 26.1-1.

○   the party/parties, prospective intervenor(s), or amicus/amici submitting this supplemental disclosure statement has previously filed a compliant disclosure statement in this case, and this updated disclosure statement discloses changed or additional information.

◉   I have reviewed this form, FRAP 26.1, and Circuit Rule 26.1-1 and, to the best of my knowledge, have no information to disclose at this time.

**Signature** s/ Jeffrey M. Gutkin    **Date** 6/2/26

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 34**                    2                    *New 12/01/24*

**TABLE OF CONTENTS**

**Page**

INTRODUCTION & INTEREST OF AMICI ........................................................1

ARGUMENT ................................................................................................4

I.    Supportive Environments Are Critically Important for the Development of All Youth, Especially TGD Youth, and School Employees Are Critical in Fostering That Environment.................................4

II.    Supportive School Environments Help Mitigate Increased Risks That TGD Young People Face...........................................................................8

    A.    Without Protection, TGD Young People Face Increased Bullying, Abuse, Stigma, and Violence That Lead To Negative Mental Health and Educational Outcomes..........................................9

    B.    Gender-affirming School Policies Help TGD Students Secure Physical and Psychological Safety......................................................14

III.    School Policies that Respect the Autonomy and Discretion of TGD Young People Improve their Health, Safety, and Educational Outcomes. ...............................................................................................20

    A.    Though Familial Support is Equally Crucial for TGD Youth's Wellbeing, TGD Youth are Met with Varied Family Reactions. .......20

    B.    Supportive School Environments Help Prepare TGD Youth to Engage with their Families................................................................27

CONCLUSION...........................................................................................29

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Taking Offense v. California*,
  578 P.3d 409 (Cal. 2025)......................................................................18

**Rules**

Fed. R. App. P. 29(a) ...............................................................................1

**Statutes**

Cal. Educ. Code. § 46200 ........................................................................6

2024 Cal. Stat. Ch. 95 (AB 1955)...............................................3, 7, 16, 29

**Other Authorities**

Am. Psych. Ass'n, *Gender Dysphoria Diagnosis* (2017)..........................9

Am. Psych. Ass'n, Gender Dysphoria, *Diagnostic & Statistical
  Manual*, ch. 17 (5th ed. 2013).................................................................8

Andrea L. Roberts et al., *Childhood Gender Nonconformity: A Risk
  Indicator for Childhood Abuse and Posttraumatic Stress in Youth*,
  129(3) Pediatrics 410 (Mar. 2012)........................................................23

Anna L. Olsavsky et al., *Associations Among Gender-Affirming
  Hormonal Interventions, Social Support, and Transgender
  Adolescents' Mental Health*, 72 J. Adolescent Health 860 (June
  2023) .....................................................................................................20

Arnold H. Grossman et al., *Parental Responses to Transgender and
  Gender Nonconforming Youth: Associations with Parent Support,
  Parental Abuse, and Youths' Psychological Adjustment*, 68(8) J.
  Homosexuality 1260 (July 3, 2021).......................................................26

Augustus Klein & Sarit A. Golub, *Family Rejection as a Predictor of
  Suicide Attempts and Substance Misuse Among Transgender and
  Gender Nonconforming Adults*, 3 LGBT Health 193 (2016)..............26

## TABLE OF AUTHORITIES
### (Continued)

**Page(s)**

Barbara Fedders, *Coming Out for Kids: Recognizing, Respecting, and Representing LGBTQ Youth*, 6 Nev. L.J. 774 (2006).................................. 23-24

Brian C. Thoma et al., *Suicidality Disparities Between Transgender and Cisgender Adolescents*, 144 Pediatrics 6 (2019) ..........................................14

Caitlin Ryan et al., *Family-Based Psychosocial Care for Transgender and Gender-Diverse Children and Youth,* Child and Adolescent Psych. Clinics of N. Am. 1 (2023)................................................................22

Caitlin Ryan, *Supportive Families, Healthy Children: Helping Families with Lesbian, Gay, Bisexual & Transgender Children* (2009)......................................................................................................5

California Association of School Counselors, *The California Standards for the School Counseling Profession*, Indicator 6A-5 at 25 (2023)...................................................................................................16

Camille Brown et al., *Family Relationships and the Health and Well-Being of Transgender and Gender-Diverse Youth: A Critical Review*, 7 LGBT Health 407 (Dec. 2020)..............................................................5

Carolyn Porta et al., *LGBTQ Youth's Views on Gay-Straight Alliances: Building Community, Providing Gateways, and Representing Safety and Support*, 87 J. Sch. Health 489 (July 2017) ................................................................................................19

Ctrs. for Disease Control & Prevention, *School Connectedness: Strategies for Increasing Protective Factors Among Youth* (2009).....................6

Didier Jourdan et al., *Supporting Every School to Become a Foundation for Healthy Lives*, 5 Lancet Child & Adolescent Health 295 (2021).................................................................................... 5-6

Drew P. Cingel et al., *U.S. Adolescents' Attitudes Toward School, Social Connection, Media Use, and Mental Health During the COVID-19 Pandemic: Differences as a Function of Gender Identity and School Context*, 17 PLoS One 12 (2022) .......................................12

## TABLE OF AUTHORITIES
### (Continued)

Page(s)

Elliot A. Tebbe & Stephanie L. Budge, *Factors That Drive Mental Health Disparities and Promote Well-Being in Transgender and Nonbinary People*, 1 Nat'l Rev. of Psych. 694 (2022).......................................21

Emily M. Pariseau et al., *The Relationship Between Family Acceptance-Rejection and Transgender Youth Psychosocial Functioning*, 7 Clin. Pract. in Pediatr. Psychol. 267 (2022)..............................25

Enoch Leung et al., *Social Support in Schools and Related Outcomes for LGBTQ Youth: a Scoping Review*, 1 Discover Educ. 1 (2022) .. 15-16, 19, 22

Erin K. Gill & Mollie T. McQuillan, *LGBTQ+ Students' Peer Victimization and Mental Health before and during the COVID-19 Pandemic*, 19 Int'l J. Envtl. Res. & Pub. Health. 11537 (2022).........................12

Georgios Karamanis et al., *Gender Dysphoria in Twins: a Register-Based Population Study*, 12 Sci. Rep. 13439 (2022)............................................3

Gilbert Gonzales & Cameron Deal, *Health Risk Factors and Outcomes Among Gender Minority High School Students in 15 US States*, 327 J. Am. Med. Ass'n 1498 (2022)........................................................11

Guadalupe Marquez-Velarde et al., *The Impact of Family Support and Rejection on Suicide Ideation and Attempt among Transgender Adults in the U.S.*, 19 LGBTQ+ Fam.: An Interdisc. J. 275 (2023)...................27

Harmony Rhoades et al., *Homelessness, Mental Health and Suicidality Among LGBTQ Youth Accessing Crisis Services*, 49 Child Psychiatry Hum. Dev. 643 (2018) ..................................................... 27-28

Human Rights Campaign, *Growing up LGBT in America* (2012) ..........................23

India D. Rose et al., *The Relationship of School Connectedness to Adolescents' Engagement in Co-Occurring Health Risks: A Meta-Analytic Review*, 40 J. Sch. Nursing 58 (2024) .....................................................7

Jack Andrzejewski et al., *Perspectives of Transgender Youth on Parental Support: Qualitative Findings from the Resilience and Transgender Youth Study*, 48 Health Educ. & Behavior 74 (2021) ....... 21-22, 25

# TABLE OF AUTHORITIES
## (Continued)

Page(s)

Jack K. Day et al., *Safe Schools? Transgender Youth's School Experiences and Perceptions of School Climate*, 47 J. Youth Adolescence 1731 (2018) ...............................................................15

Jack Simons and Mary Cuadrado, *Narratives of School Counselors Regarding Advocacy for LGBTQ Students,* 22 Prof. Sch. Counseling 1 (2019)........................................................................28

Jason Rafferty, Am. Acad. of Pediatrics, *Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents*, 142(4) Pediatrics (Oct. 2018) ....................................3

Jonah P. DeChants et al., *"It Kinda Breaks My Heart"*: LGBTQ Young Adults' Responses to Family Rejection, 71 Fam. Relat. 968 (2022)..................................................................................24

Joseph A. Durlak et al., *The Impact of Enhancing Students' Social and Emotional Learning: A Meta-Analysis of School-Based Universal Interventions*, 82 Child Dev. 405 (2011) ....................................5

Joseph DelFerro et al., *The Role of Family Support in Moderating Mental Health Outcomes for LGBTQ+ Youth in Primary Care*, 178 JAMA Pediatrics 914 (2024) .......................................21

Joseph G. Kosciw et al., GLSEN, *The 2021 National School Climate Survey: The Experiences of LGBTQ+ Youth in Our Nation's Schools* (2022) ...............................................11, 12, 17, 28

Kasey B. Jackman et al., *Suicidality Among Gender Minority Youth: Analysis of 2017 Youth Risk Behavior Survey Data*, 25(2) Archives of Suicide Research (2019)......................................11, 12, 13, 21

Kelly C. Johnson et al., *Gender Identity Invalidation and Suicide Risk Among Trans and Nonbinary Individuals*, 396 J. Affective Disorders 120790 (2026) ...............................................17, 18

Kirsty A. Clark et al., *How Do Sexual and Gender Minority People Acquire the Capability for Suicide? Voices from Survivors of Near-Fatal Suicide Attempts*, 2 Qualitative Res. in Health 100044 (2022) ..........18, 26

- v -

# TABLE OF AUTHORITIES
## (Continued)

Page(s)

Kristina R. Olson et al., *Mental Health of Transgender Children Who
Are Supported in Their Identities*, 137(3) Pediatrics 1 (Mar. 2016) ............ 14-15

Kristopher M. Goodrich & Melissa Luke, *LGBTQ Responsive School
Counseling*, 3 J. LGBT Issues in Counseling 113 (2009) ...................................28

Linda Darling-Hammond & Jennifer DePaoli, *Why School Climate
Matters and What Can Be Done to Improve It*, 20 J. Nat'l Ass'n of
State Boards of Educ., 7 (May 2020) .............................................................. 4-5

Lisa Simons et al., *Parental Support and Mental Health Among
Transgender Adolescents*, 53 J. Adolescent Health 791 (2013)..........................20

Madeleine Foreman et al., *Genetic Link Between Gender Dysphoria
and Sex Hormone Signaling*, 104 J. Clin. Endocrinol. Metab. 390
(Feb. 2019).....................................................................................................3

Maureen D. Connolly et al., *The Mental Health of Transgender
Youth: Advances in Understanding*, 59 J. Adolescent Health 489
(2016)...........................................................................................................13

Michael J. Pellicane & Jeffrey A. Ciesla, *Associations Between
Minority Stress, Depression, and Suicidal Ideation and Attempts in
Transgender and Gender Diverse (TGD) Individuals: Systematic
Review and Meta-Analysis*, 91 Clin. Psych. Rev. 102113 (2022) .....................13

Molly O'Shaughnessy et al., *Safe Place to Learn: Consequences of
Harassment Based on Actual or Perceived Sexual Orientation and
Gender Non-Conformity and Steps for Making Schools Safer*, Cal.
Safe Schs. Coal. 17 (Jan. 2004) .......................................................................15

National LGBTQIA+ Health Education Center & National Health
Care for the Homeless Council, *Engaging the Families of
Transgender and Gender Diverse Children*, 2 (Sep. 10, 2021) .............20, 23, 27

# TABLE OF AUTHORITIES
## (Continued)

**Page(s)**

Nicolas A. Suarez et al., *Disparities in School Connectedness, Unstable Housing, Experiences of Violence, Mental Health, and Suicidal Thoughts and Behaviors Among Transgender and Cisgender High School Students-Youth Risk Behavior Survey, United States, 2023*, 73 MMWR Supp. 50 (2024) ...............................8

Pa. State Univ., *Improving Social Emotional Skills in Childhood Enhances Long-Term Well-Being and Economic Outcomes* (2017)....................5

PFLAG, *Our Trans Loved Ones: Questions and Answers for Loved Ones of People Who Are Transgender or Nonbinary* (2023)............................22

Rebecca L. Stotzer, *Violence Against Transgender People: A Review of United States Data*, 14 Aggression & Violent Behavior 170 (2009) ...............................................................................................10

Rebekah J. Byrd & Danica Hays, *School Counselor Competency and Lesbian, Gay, Bisexual, Transgender, and Questioning (LGBTQ) Youth,* 10 J. Sch. Counseling 1 (2012)...........................................6, 16

Roberto L. Abreu et al., *LGBTQ Student Experiences in Schools from 2009-2019: A Systematic Review of Study Characteristics and Recommendations for Prevention and Intervention in School Psychology Journals,* 59 Psychol. Schs. 115 (2022)...........................................9

Ruby van Vliet et al., *Supportive School Strategies for Sexually and Gender Diverse Students: A Meta-Analysis of the Associations with Bullying-Victimization Experiences and Feelings of School Safety*, 47 Educ. Res. Rev. 100689 (2025) ...............................................17

Russell B. Toomey et al., *Gender-Nonconforming Lesbian, Gay, Bisexual, and Transgender Youth: School Victimization and Young Adult Psychosocial Adjustment*, 46 Developmental Psych. 1580 (2010) .................................................................................................17

Sandy E. James et al., *Early Insights: A Report of the 2022 U.S. Transgender Survey*, 21 (2024) ........................................10, 23, 24

# TABLE OF AUTHORITIES
## (Continued)

Page(s)

Sandy E. James et al., *The Report of the 2015 U.S. Transgender Survey*, 199 (2016) ..................................................................10, 23, 24, 25

Selene Mezzalira et al., *Gender Felt Pressure, Affective Domains, and Mental Health Outcomes among Transgender and Gender Diverse (TGD) Children and Adolescents: A Systematic Review with Developmental and Clinical Implications*, 20 Int. J. Environ. Res. Public Health 1 (2023) ...........................................................................25

Soon Kyu Choi et al., *LGBTQ Youth in California's Public Schools: Differences Across the State,* The Williams Institute 1 (2017) ..........................11

Stephen T. Russell et al., *Chosen Name Use Is Linked to Reduced Depressive Symptoms, Suicidal Ideation, and Suicidal Behavior Among Transgender Youth*, 63 J. Adolescent Health 503 (2018) ......................17

Tecelli Domínguez-Martínez & Rebeca Robles, *Preventing Transphobic Bullying and Promoting Inclusive Educational Environments: Literature Review and Implementing Recommendations*, 50 Archives of Med. Res. 543 (2019)................................16

Tina Fetner & Athena Elafros, *The GSA Difference: LGBTQ and Ally Experiences in High Schools with and without Gay-Straight Alliances*, 4 Soc. Sci. 563 (Aug. 7, 2015)............................................................19

The Trevor Project, *2024 U.S. National Survey on the Mental Health of LGBTQ+ Young People* (2024)..........................................................10, 13, 14

The Trevor Project, *National Survey on LGBTQ Youth Mental Health 2020* (2020).....................................................................................13, 24, 26

The Trevor Project, *The Trevor Project Research Brief: Diversity of Nonbinary Youth* (July 2021).................................................................8

V. Paul Poteat et al., *Gender-Sexuality Alliance Experiences and LGBTQ+ Inclusive School Policies and Practices Predict Youth's School Belonging*, 54 J. Youth & Adolescence 1 (2025)....................................19

# TABLE OF AUTHORITIES
## (Continued)

**Page(s)**

Wojciech Kaczkowski et al., *Examining the Relationship Between LGBTQ-Supportive School Health Policies and Practices and Psychosocial Health Outcomes of Lesbian, Gay, Bisexual, and Heterosexual Students*, 9 LGBT Health 43 (2022)................................................6

World Health Organization, *Gender Incongruence and Transgender Health in the ICD, Frequently Asked Questions* ....................................................9

## INTRODUCTION & INTEREST OF AMICI[1]

*Amici curiae*—nine organizations comprising parents, educators, youth, advocates, allies, and healthcare providers—represent, support, and provide health services to gender-diverse people throughout California, this Court's jurisdiction, and the nation.[2] As part of their missions, *amici* are committed to ensuring that transgender and gender-diverse ("TGD")[3] children and young people have access to full educational, social, economic, and other opportunities and that their mental and physical well-being is protected. *Amici* accordingly have a profound interest in this action. Schools across California and across the country play a crucial role in TGD young people's lives. Drawing on their experience and expertise in this field, *amici* seek to provide this Court with a broad and empirically grounded view of the landscape of TGD youths' lives, the challenges many of them face, and the critical importance of policies like California's that protect TGD students' ability to share

---

[1] No counsel for a party authored this brief in whole or in part and no person other than amici or their counsel made a monetary contribution to the preparation or submission of this brief. All parties have consented to the filing of this brief. *See* Fed. R. App. P. 29(a)(2), (a)(4)(E).

[2] *Amici curiae* are PFLAG, Inc.; Lambda Legal Defense and Education Fund, Inc.; Glisten; Public Advocates; Courage California Institute; Equality California; RPYA; GLAD Law; and Sacramento LGBT Community Center.

[3] In this brief, *amici* use the umbrella term "TGD" to describe a broadly inclusive range of gender identities including those outside the male/female binary as assigned at birth. At times, *amici* also use the term "LGBTQ," a more expansive term referring to lesbian, gay, bisexual, transgender, queer, and other non-heterosexual or gender-diverse persons.

their TGD identities with their families on their own terms and to be themselves and live authentically at school and in all aspects of their lives.

Over the past several decades, significant academic and medical research has confirmed what *amici*, educational policymakers, and many TGD people have long known: as compared to the general population, TGD people and youth face vastly increased and, at times, deadly risks to their health, safety, and financial security. TGD people encounter deeply rooted social stigmas and hostility that often lead to disturbingly high rates of violence, harassment, and other forms of cruelty and discrimination, as well as significant mental health challenges.

Fortunately, research confirms that school environments that support the educational and social needs of TGD students can dramatically reduce these risks and hardships and help mitigate the effects of such abuse. This is especially important because of the long-term effects those experiences can have during crucial developmental stages of a young TGD person's life. TGD students can thrive when schools create nurturing spaces where trusted teachers and mentors can help them safely learn, play, forge bonds, explore, and grow. Thanks to policies that affirm TGD students' identities and follow their lead on when and to whom to disclose those identities, school personnel can be key allies for TGD students, working alongside them to build acceptance in their classrooms, their homes, and their communities. Supportive policies like these are especially important because the

decision to disclose a gender-diverse identity—and to whom—is intensely personal. Ensuring that TGD young people retain agency and support in that decision is vital; a contrary rule threatens to delay or derail their acceptance by peers and family members and risks exposing them to rejection, abuse, trauma, and other adverse outcomes.

The various policies and authorities at issue here—including Escondido Union School District's Administrative Regulation 5145.3 and California's Assembly Bill 1955, also known as the Support Academic Futures and Educators for Today's Youth Act, *see* 2024 Cal. Stat. ch. 95 ("AB 1955"), § 2(e), (i) (the "Act"), are designed to achieve those important objectives. They promote the healthy development and success of TGD students by reiterating the obligation that school personnel respect their gender identities[4] and their determinations around whether and when to share their identities with their families; strengthening peer,

---

[4] Gender identity is a person's "deep internal sense of being female, male, a combination of both, somewhere in between, or neither[.]" Jason Rafferty, Am. Acad. of Pediatrics, *Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents*, 142(4) Pediatrics 2 tbl.1 (Oct. 2018). For TGD people, their gender identities are different from the sex they were assigned at birth. *Id*. Scientific evidence suggests that both gender identity and sex depend on a complex combination of biological and environmental factors. *See, e.g.*, Madeleine Foreman et al., *Genetic Link Between Gender Dysphoria and Sex Hormone Signaling*, 104 J. Clin. Endocrinol. Metab. 390, 394 (Feb. 2019) (discussing sexual differentiation of the brain during fetal development, including with regard to people who experience gender dysphoria); Georgios Karamanis et al., *Gender Dysphoria in Twins: a Register-Based Population Study*, 12 Sci. Rep. 13439 (2022) (suggesting that environmental factors *in utero* may contribute to gender identity).

adult, and family support networks; protecting school personnel who support TGD students in exercising their rights to privacy, non-discrimination, and equal educational opportunity; and otherwise developing resources and supports necessary to ensure that TGD students stay safe and thrive both in school and at home—all in furtherance of the clear compelling interest in safeguarding and supporting the equal educational opportunity of TGD youth. With these goals in mind, *amici* offer additional context regarding TGD young people's lives and respectfully urge this Court to reverse the District Court's orders granting Plaintiffs-Appellees' Motions for a Class-wide Permanent Injunction and Summary Judgment, to ensure that California and its school districts can continue to provide vital support and safety for TGD students.

## ARGUMENT

**I.      Supportive Environments Are Critically Important for the Development of All Youth, Especially TGD Youth, and School Employees Are Critical in Fostering That Environment.**

School and home environments that affirm and support young people's identities—regarding their gender and otherwise—improve their academic and health outcomes. School climates that foster a sense of belonging and respect, characterized by strong relationships among staff, students, and families, are associated with better test scores, graduation rates, student engagement, mental and physical health, and brain development. Linda Darling-Hammond & Jennifer DePaoli, *Why School Climate Matters and What Can Be Done to Improve It*, 20 J.

- 4 -

Nat'l Ass'n of State Boards of Educ., 7 (May 2020). Family relationships characterized by appreciation, affection, and acceptance likewise correlate with greater self-esteem, health, and life satisfaction in young people. Caitlin Ryan, *Supportive Families, Healthy Children: Helping Families with Lesbian, Gay, Bisexual & Transgender Children*, 8–12 (2009), https://perma.cc/5UK5-98HY; Camille Brown et al., *Family Relationships and the Health and Well-Being of Transgender and Gender-Diverse Youth: A Critical Review*, 7 LGBT Health 407, 408 (Dec. 2020).

Supportive school environments are vital to all young people and especially TGD young people who are beginning to recognize and express their gender identity. Schools offer children the opportunity to learn important social skills and to cultivate responsibility, accountability, and independence. *See* Joseph A. Durlak et al., *The Impact of Enhancing Students' Social and Emotional Learning: A Meta-Analysis of School-Based Universal Interventions*, 82 Child Dev. 405, 417–19 (2011). Students also discover, develop, and pursue their passions—intellectual, social, athletic, artistic, and otherwise—in school. *See* Pa. State Univ., *Improving Social Emotional Skills in Childhood Enhances Long-Term Well-Being and Economic Outcomes*, 5–7 (2017), https://perma.cc/FW2G-EPXD. Those benefits are amplified or diminished depending on the level of inclusiveness of the school environment. *See, e.g.*, Didier Jourdan et al., *Supporting Every School to Become a Foundation for Healthy Lives*,

5 Lancet Child & Adolescent Health 295, 295 (2021); Wojciech Kaczkowski et al., *Examining the Relationship Between LGBTQ-Supportive School Health Policies and Practices and Psychosocial Health Outcomes of Lesbian, Gay, Bisexual, and Heterosexual Students*, 9 LGBT Health 43, 44 (2022) (stating that "heterosexual students with greater engagement in [Gay-Straight Alliances] also report increased self-efficacy and perceived peer validation, which reduces their risk for adverse psychosocial health outcomes"). Indeed, research has "suggested that schools may . . . be a fundamental location for intervention geared towards assisting sexual minority youth . . . as one of the few institutions that almost all LGBTQ students must attend." Rebekah J. Byrd & Danica Hays, *School Counselor Competency and Lesbian, Gay, Bisexual, Transgender, and Questioning (LGBTQ) Youth,* 10 J. Sch. Counseling 1, 3–4 (2012) (hereinafter "Byrd").

Simply put, schools have a compelling and independent interest in learning environments that ensure every student's well-being and full development, especially because students spend a substantial portion of their waking hours at school and in school-sponsored activities outside regular class hours. *See, e.g.*, Cal. Educ. Code. § 46200 et seq. (requiring at least 180 school days and an average of at least 6 instructional hours per day for high schoolers); Ctrs. for Disease Control & Prevention, *School Connectedness: Strategies for Increasing Protective Factors Among Youth*, 7 (2009), https://perma.cc/V47Q-VB22 (discussing the importance of

"[a] positive school environment . . . characterized by caring and supportive interpersonal relationships; opportunities to participate in school activities and decision-making; and shared positive norms, goals, and values"); *see also* India D. Rose et al., *The Relationship of School Connectedness to Adolescents' Engagement in Co-Occurring Health Risks: A Meta-Analytic Review*, 40 J. Sch. Nursing 58, 59 (2024) (finding that stronger school connectedness is associated with higher levels of psychological well-being).

In enacting AB 1955, the California Legislature reiterated these principles, making explicit findings that "[a]ll pupils deserve to feel safe, supported, and affirmed for who they are at school," *id.* § 2(a); that "LGBTQ+ pupils have the right to express themselves freely at school without fear, punishment, or retaliation," *id.* § 2(f); that "[a]ttacks on the rights, safety, and dignity of transgender, gender-expansive, and other LGBTQ+ youth . . . are having a measurable impact on the health and well-being of LGBTQ+ pupils," *id.* § 2(i); and that "[t]eachers and school staff can provide crucial support to LGBTQ+ young people and can play an important role in encouraging them to seek out appropriate resources and support," *id.* § 2(k)(1). The Act not only articulates these values but also encourages school districts to take practical steps to bring them to life. *See id.* § 3(c)(1) (directing the California Department of Education to develop school-based "supports and community resources" for LGBTQ students and their families, including

"[a]ntibullying and harassment policies," "[c]ounseling services," and "[s]uicide prevention policies"). Coupled with existing nondiscrimination requirements and mandates to support LGBTQ+ youth, the Act is part of California's commitment to ensuring the supportive environments TGD students need to learn, grow, and thrive.

## II. Supportive School Environments Help Mitigate Increased Risks That TGD Young People Face.

Many TGD people start recognizing that their gender identities differ from the sex they were assigned at birth at an early age, when school environments like those discussed above play a vital role in any child's life and development. *See* Am. Psych. Ass'n, Gender Dysphoria, *Diagnostic & Statistical Manual*, ch. 17 (5th ed. 2013). Indeed, it is not uncommon for TGD youth to question or explore their gender identity. Nicolas A. Suarez et al., *Disparities in School Connectedness, Unstable Housing, Experiences of Violence, Mental Health, and Suicidal Thoughts and Behaviors Among Transgender and Cisgender High School Students—Youth Risk Behavior Survey, United States, 2023*, 73 MMWR Supp. 50, 50, 53 (2024), https://perma.cc/2GSR-J6RS ("Gender identity development is a fundamental part of adolescence" and approximately 2.2% of students surveyed "reported questioning if they were transgender."); The Trevor Project, *The Trevor Project Research Brief: Diversity of Nonbinary Youth* (July 2021), https://perma.cc/P6WT-7ET9 ("20% [of TGD youth] reported that they are not sure or are questioning if they are nonbinary."). Despite this, a study of nearly 400

transgender minors revealed that they were "more likely to experience victimization, bullying, and to report a more negative school climate." Roberto L. Abreu et al., *LGBTQ Student Experiences in Schools from 2009-2019: A Systematic Review of Study Characteristics and Recommendations for Prevention and Intervention in School Psychology Journals,* 59 Psychol. Schs. 115, 116 (2022) (citation omitted). Accordingly, schools—in tandem with parents, guidance counselors, family members, peers, healthcare providers, and community organizations—play a key role in supporting TGD students who face outsized risks of bullying, isolation, discrimination, and pernicious self-doubt. These statistics regarding the challenges facing LGBTQ students, and TGD students specifically, paint a clear picture for policymakers and administrators regarding the importance of gender-affirming school policies.

### A. Without Protection, TGD Young People Face Increased Bullying, Abuse, Stigma, and Violence That Lead To Negative Mental Health and Educational Outcomes.

Insufficient protections create a host of preventable safety dangers for TGD young people that ultimately result in a significantly higher incidence of mental health risks as compared with the general population.[5]

---

[5] It is important to note that being TGD is not, as the American Psychiatric Association explains, a "mental disorder." Am. Psych. Ass'n, *Gender Dysphoria Diagnosis* (2017), https://perma.cc/PQ3F-HZ38. *See also* World Health Organization, *Gender Incongruence and Transgender Health in the ICD, Frequently Asked Questions*, https://perma.cc/E4VD-D4AD (last visited Apr. 2, 2026)

- 9 -

At the outset, the physical safety risks TGD people face are well-documented. A culture that punishes gender variance subjects TGD people to widespread physical abuse, harassment, and sexual violence throughout their lives. Sandy E. James et al., *The Report of the 2015 U.S. Transgender Survey*, 199 (2016), https://perma.cc/FD24-PLKE (hereinafter "*2015 Transgender Survey*") ("Nearly half (48%) of respondents reported that they were denied equal treatment or service, verbally harassed, and/or physically attacked because of being transgender in the past year."); *see also* Sandy E. James et al., *Early Insights: A Report of the 2022 U.S. Transgender Survey*, 21 (2024), https://perma.cc/WS6Z-KHEW (hereinafter "*2022 Transgender Survey Early Insights*") (noting that "nearly one-third (30%) of respondents reported that they were verbally harassed in the last 12 months because of their gender identity or expression"); Rebecca L. Stotzer, *Violence Against Transgender People: A Review of United States Data*, 14 Aggression & Violent Behavior 170, 171–73 (2009). Tragically, nearly 28% of TGD youth surveyed in 2024 reported that they had been physically threatened or harmed in the past year due to their gender identity. The Trevor Project, *2024 U.S. National Survey on the Mental Health of LGBTQ+ Young People*, 13 (2024), https://perma.cc/PZY5-97XV (hereinafter "*2024 National Survey*").

---

("[T]rans-related and gender diverse identities are not conditions of mental ill-health, and [] classifying them as such can cause enormous stigma.").

Schools, in particular, can be especially hostile environments for TGD students absent strong measures to affirm and protect them. TGD students are 1.66 times more likely than their cisgender peers to be bullied at school, 2.43 times more likely to be electronically bullied, and 4.15 times more likely to be threatened or injured with a weapon at school. Kasey B. Jackman et al., *Suicidality Among Gender Minority Youth: Analysis of 2017 Youth Risk Behavior Survey Data*, 25(2) Archives of Suicide Research 208, 214 tbl.2 (2019) (hereinafter "*Suicidality*"); *see also* Gilbert Gonzales & Cameron Deal, *Health Risk Factors and Outcomes Among Gender Minority High School Students in 15 US States*, 327 J. Am. Med. Ass'n 1498, 1499 (2022) (41.3% of transgender high schoolers reported bullying at school and 32.6% reported electronic bullying). Many LGBTQ students report feeling unsafe at school because of their gender expression and state that they often avoid school bathrooms, locker rooms, and gym classes due to safety issues. Joseph G. Kosciw et al., GLSEN, *The 2021 National School Climate Survey: The Experiences of LGBTQ+ Youth in Our Nation's Schools* 10–11 (2022), https://perma.cc/2FBT-3Q5V (hereinafter "*National School Climate Survey*"); *see also* Soon Kyu Choi et al., *LGBTQ Youth in California's Public Schools: Differences Across the State,* The Williams Institute 1, 17 (2017), https://perma.cc/VX4J-W3DK (finding that "LGBTQ youth also reported feeling less safe at school than did non-LGBTQ youth").

- 11 -

In these environments, TGD students' engagement in learning and learning outcomes suffer, along with their mental health. TGD young people are more than twice as likely than non-TGD people to miss school as a result of safety concerns. *Suicidality* at 218 tbl.4; *National School Climate Survey* at xxiv (reporting that nearly a third of LGBTQ students reported missing at least one day of school in the past month because they felt uncomfortable or unsafe). Even as school closures during the COVID-19 pandemic worsened mental health and learning outcomes among students, many TGD students welcomed those shutdowns as "sanctuary from harmful school environments," calling them "freedom from 'transphobic and homophobic people in real life for a while.'" Erin K. Gill & Mollie T. McQuillan, *LGBTQ+ Students' Peer Victimization and Mental Health before and during the COVID-19 Pandemic*, 19 Int'l J. Envtl. Res. & Pub. Health. 11537, 1, 9 (2022). Nevertheless, virtual learning took a harsher toll on TGD students than on others, with in-person harassment often giving way to cyberbullying that had similarly detrimental effects on its victims. Drew P. Cingel et al., *U.S. Adolescents' Attitudes Toward School, Social Connection, Media Use, and Mental Health During the COVID-19 Pandemic: Differences as a Function of Gender Identity and School Context*, 17 PLoS One 12 (2022) (TGD "youth reported less satisfaction with school, lower levels of social connections and inclusion with a peer group, a larger drop in overall grades, and more mental health problems").

Unfettered bullying, discrimination, and violence also result in far higher rates of depression, anxiety, disordered eating, and self-harm in TGD young people relative to their cisgender peers. Michael J. Pellicane & Jeffrey A. Ciesla, *Associations Between Minority Stress, Depression, and Suicidal Ideation and Attempts in Transgender and Gender Diverse (TGD) Individuals: Systematic Review and Meta-Analysis*, 91 Clin. Psych. Rev. 102113, 6–7 (2022); Maureen D. Connolly et al., *The Mental Health of Transgender Youth: Advances in Understanding*, 59 J. Adolescent Health 489, 491–93 (2016). Over 60% of TGD youth surveyed in a major 2020 study reported engaging in self-harm, with a similar number saying they had experienced symptoms of major depressive disorder in the preceding ***two weeks***. *See* The Trevor Project, *National Survey on LGBTQ Youth Mental Health 2020*, 3 (2020), https://perma.cc/2PZA-7ZSV (hereinafter "*2020 National Survey*"). These serious issues often go untreated, as 50% of TGD youth surveyed in a later study indicated that they wanted professional mental health care but were unable to access it, mainly because they were reluctant to seek their parents' or caregivers' help in doing so. *See 2024 National Survey* at 8–9.

As a result, TGD young people experience devastating suicide rates. Transgender youth are 2.71 times more likely to attempt suicide than other young people. *Suicidality* at 214 tbl.2. One in five TGD youth respondents surveyed in 2020 said they had attempted suicide within the past year, *2020 National Survey* at 3, a

- 13 -

figure that declined only modestly when the survey was repeated in 2024, *see 2024 National Survey* at 3. These incidents are also more likely to be severe, with transgender youth experiencing "suicide attempt[s] requiring medical care" with almost triple the frequency of a cisgender reference group. Brian C. Thoma et al., *Suicidality Disparities Between Transgender and Cisgender Adolescents*, 144 Pediatrics 1, 6 (2019). Unsurprisingly, TGD youth of color experience higher rates of suicidality and suicide attempts, likely due to the compounded effects of racism and transphobia. *See 2024 National Survey* at 4–5. Statistics like these put into sharp relief the urgent need for school policies that affirm and protect the gender identity and expression of all students.

### B.   Gender-affirming School Policies Help TGD Students Secure Physical and Psychological Safety.

Supportive school policies, practices, and guidelines dramatically improve TGD students' quality of life, not just during childhood and adolescence, but long into adulthood.[6] TGD youth who are supported in their gender identity have developmentally normal levels of depression and only minimal elevations in anxiety, suggesting that supportive environments play an indispensable role in promoting mental health among the TGD community. *See* Kristina R. Olson et al., *Mental Health of Transgender Children Who Are Supported in Their Identities*, 137(3)

---

[6] Notably, 78% of TGD youth who attend school reported that there is at least one adult in their school who supports and affirms their gender identity or expression. *2024 National Survey* at 21.

- 14 -

Pediatrics 1 (Mar. 2016).

This support can take many forms. By training faculty, providing students with information and support in expressing their gender identity at school, and developing curricula that promote inclusivity of sexual orientation and gender identity, schools can curb harassment and bullying and cultivate "[g]reater feelings of safety" among LGBTQ students. Molly O'Shaughnessy et al., *Safe Place to Learn: Consequences of Harassment Based on Actual or Perceived Sexual Orientation and Gender Non-Conformity and Steps for Making Schools Safer*, Cal. Safe Schs. Coal. 1, 17 (Jan. 2004), https://perma.cc/3R9G-9Q4N; *see also* Jack K. Day et al., *Safe Schools? Transgender Youth's School Experiences and Perceptions of School Climate*, 47 J. Youth Adolescence 1731, 1739 (2018) (noting findings that "supportive educators, LGBT-inclusive curricula, and comprehensive anti-bullying/anti-harassment policies improved school climate among transgender youth"). TGD youth who found mentors in teachers, staff members, and school administrators were "three times as likely to graduate from high school, had increased intentions to seek help for suicidal thoughts, and had positive[] . . . engagement and connectedness to their school[s.]" Enoch Leung et al., *Social Support in Schools and Related Outcomes for LGBTQ Youth: a Scoping Review*, 1 Discover Educ. 1, 11 (2022) (hereinafter "*Systematic Study*") (citations

omitted). This correlation, too, is expressly recognized in the Act's legislative findings. *See* AB 1955 § 2(k)(3), (4).

School counselors specifically play an important role in creating a positive school environment, as they "have an opportunity to facilitate growth, awareness, knowledge and understanding so that both sexual minority and heterosexual individuals can learn and develop[.]" Byrd at 4 (citation omitted). The California Standards for the School Counseling Profession recognize this critical role, charging school counselors with "ensur[ing] that students from historically marginalized backgrounds, including those . . . [who are] LGBTQI+, are not subjected to discrimination based on their identity factors." California Association of School Counselors, *The California Standards for the School Counseling Profession*, Indicator 6A-5 1, 25 (2023), https://perma.cc/VF8K-XPG3. Indeed, studies have shown that "school counselors are crucial in modeling inclusivity of [TGD] students for other school staff." Abreu et al. at 118 (citation omitted).

Anti-bullying and other inclusive policies are another form of critical support for TGD students, producing a more positive climate; decreased truancy; lower levels of victimization, bullying, and harassment; and increased safety. Tecelli Domínguez-Martínez & Rebeca Robles, *Preventing Transphobic Bullying and Promoting Inclusive Educational Environments: Literature Review and Implementing Recommendations*, 50 Archives of Med. Res. 543, 551–52 (2019); *see*

*also* Russell B. Toomey et al., *Gender-Nonconforming Lesbian, Gay, Bisexual, and Transgender Youth: School Victimization and Young Adult Psychosocial Adjustment*, 46 Developmental Psych. 1580, 1586 (2010) ("Enactment of school policies that specifically prohibit victimization due to LGBT status, gender nonconformity, and other types of bias-related harassment can help reduce negative psychosocial outcomes in LGBT and gender-nonconforming young people."); Ruby van Vliet et al., *Supportive School Strategies for Sexually and Gender Diverse Students: A Meta-Analysis of the Associations with Bullying-Victimization Experiences and Feelings of School Safety*, 47 Educ. Res. Rev. 100689, 10 (2025) ("[O]verall, students in schools with an LGBTQ-targeted strategy reported lower bullying-victimization and higher feelings of school safety.").

Even policies that simply ensure students are referred to by their correct name and pronouns correlate with far lower rates of discrimination, psychological distress, and suicide attempts. *National School Climate Survey* at 74; Stephen T. Russell et al., *Chosen Name Use Is Linked to Reduced Depressive Symptoms, Suicidal Ideation, and Suicidal Behavior Among Transgender Youth*, 63 J. Adolescent Health 503, 503, 505 (2018). Misgendering, which occurs when others refer to a person by incorrect pronouns or a non-preferred name, constitutes a primary form of "gender identity invalidation," defined as the experience of having one's gender identity treated as not "real" or not "valid." Kelly C. Johnson et al., *Gender Identity*

- 17 -

*Invalidation and Suicide Risk Among Trans and Nonbinary Individuals*, 396 J. Affective Disorders 120790, 1–2 (2026) ("Johnson et al."). Such invalidation leads to heightened internalized stigma, such as feelings of shame and expectations of rejection. *Id*. at 1–2, 5–6. The potential negative consequences of such feelings are compounded over time: research demonstrates that chronic invalidation, particularly during childhood, is a strong contributor to the development of suicide capability, as affected youth described feelings of erasure and invisibility that deepened their risk. Kirsty A. Clark et al., *How Do Sexual and Gender Minority People Acquire the Capability for Suicide? Voices from Survivors of Near-Fatal Suicide Attempts*, 2 Qualitative Res. in Health 100044, 6 (2022); *see also* Johnson et al. at 1–2, 5–6 (concluding that "invalidation . . . [i]s a particularly pernicious minority stressor that may directly and indirectly increase suicide risk in gender minority populations," and showing data that it "was directly, positively associated with past year suicide attempt among [study] participants"); *Taking Offense v. California*, 578 P.3d 409, 435 (Cal. 2025) (intentional and repeated misgendering create a discriminatory hostile environment, in part because "it communicates to [students] that they do not belong, that their dignity is of no value, and that they are individuals who are undeserving of help." (citation omitted)). Taken together, these findings underscore that policies ensuring correct name and pronoun use, and discouraging misgendering

- 18 -

and other forms of invalidation, are essential to protecting the psychological and physical safety of TGD students so that they can succeed in school and beyond.

Schools that foster strong allyship across gender and sexuality, such as gay-straight alliances ("GSAs"), also provide students with greater support from faculty and a broader network of friendships and peer support. Tina Fetner & Athena Elafros, *The GSA Difference: LGBTQ and Ally Experiences in High Schools with and without Gay-Straight Alliances*, 4 Soc. Sci. 563, 569–70, 576–77 (Aug. 7, 2015) (hereinafter "*GSA Difference*"); Carolyn Porta et al., *LGBTQ Youth's Views on Gay-Straight Alliances: Building Community, Providing Gateways, and Representing Safety and Support*, 87 J. Sch. Health 489, 495 (July 2017); *see also* V. Paul Poteat et al., *Gender-Sexuality Alliance Experiences and LGBTQ+ Inclusive School Policies and Practices Predict Youth's School Belonging*, 54 J. Youth & Adolescence 1 (2025). GSA activities and LGBTQ-affirming school-wide campaigns "can promote tolerance, respect, and inclusion for LGBTQ youth," provide a space for advocacy and education, and help teachers better advocate for their students. *Systematic Study* at 13. Students in schools that do not have these structures in place, by contrast, have felt greater isolation, withdrawal, and open hostility from classmates and school employees. *GSA Difference* at 570–72.

**III.    School Policies that Respect the Autonomy and Discretion of TGD Young People Improve their Health, Safety, and Educational Outcomes.**

    **A.    Though Familial Support is Equally Crucial for TGD Youth's Wellbeing, TGD Youth are Met with Varied Family Reactions.**

Like supportive school environments, supportive family environments are critical to the physical and mental well-being of TGD young people. Empirically, however, TGD young people face a spectrum of reactions and varying levels of support from their families.

Family responses to learning that a child is TGD are often "supportive, affirming, and celebratory." National LGBTQIA+ Health Education Center & National Health Care for the Homeless Council, *Engaging the Families of Transgender and Gender Diverse Children*, 2 (Sep. 10, 2021), https://perma.cc/SLK4-2Y8U (hereinafter, "*Engaging Families*"). Such home environments, like supportive school environments, significantly improve the health, safety, and happiness of TGD young people. When families support and nurture TGD youth alongside school administrators, their acceptance stands as a bulwark against many of the negative outcomes that TGD people might otherwise face. *Id.* at 5.

Parental support is "significantly associated with higher life satisfaction . . . and fewer depressive symptoms" among TGD people. Lisa Simons et al., *Parental Support and Mental Health Among Transgender Adolescents*, 53 J. Adolescent Health 791, 792 (2013); *see also* Anna L. Olsavsky et al., *Associations Among*

*Gender-Affirming Hormonal Interventions, Social Support, and Transgender Adolescents' Mental Health*, 72 J. Adolescent Health 860, 863 (June 2023) ("Greater family support was correlated with fewer depressive symptoms, reports of NSSI, and reports of suicidality."); *Suicidality* at 217 (noting that "parental support of youth's gender minority identity" is a protective factor against high risks of suicide). Family support also corresponds with improved mental health including lower levels of self-harm, distress, and anxiety, and higher levels of self-esteem and resilience. Elliot A. Tebbe & Stephanie L. Budge, *Factors That Drive Mental Health Disparities and Promote Well-Being in Transgender and Nonbinary People*, 1 Nat'l Rev. of Psych. 694, 700 (2022); *see also* Joseph DelFerro et al., *The Role of Family Support in Moderating Mental Health Outcomes for LGBTQ+ Youth in Primary Care*, 178 JAMA Pediatrics 914, 917 (2024) (finding while interventions to enhance family support and strengths-based communication may be effective methods of mitigating stress and enhancing resilience for all youth, they may be particularly effective among LGBTQ+ youth). Beyond fundamental emotional support, parents can likewise improve a TGD young person's life by helping them access gender-affirming healthcare, legal assistance, and other resources that support their ability to live in accordance with their gender identity. Jack Andrzejewski et al., *Perspectives of Transgender Youth on Parental Support: Qualitative Findings from the Resilience and Transgender Youth Study*, 48 Health Educ. & Behavior 74, 77–

78 (2021) (hereinafter "*Parental Support*").

For some families, learning that their child's gender identity differs from their sex assigned at birth is a shock. This can be particularly so for those who are not familiar with what it means to be TGD or those who do not know people that are openly TGD. But with time, communication, and resources like those provided by many *amici*, even family members who do not know how to react initially to a child's gender identity frequently come to understand their TGD child and even become their advocates and champions. Caitlin Ryan et al., *Family-Based Psychosocial Care for Transgender and Gender-Diverse Children and Youth,* Child and Adolescent Psych. Clinics of N. Am. 1, 12 (2023), https://perma.cc/45SA-JXC3 ("Parents and caregivers struggling with having a TGD child can benefit from building skills in key areas, including basic communication skills for talking with their child and specific communication skills like neutral, respectful, and non-harmful language for discussing their child's gender identity and expression."). In such circumstances, schools can play a critical role in connecting parents to resources that help them navigate the "wide array of emotions" that may accompany news of a child's gender-diverse identity—ultimately empowering these family members with the tools they need to best support their TGD children. *See* PFLAG, *Our Trans Loved Ones: Questions and Answers for Loved Ones of People Who Are Transgender or Nonbinary* 1 (2023), https://perma.cc/P5C5-8ENN; *Systematic Study* at 15.

Some family members, unfortunately, respond to a child's gender diversity with "anger, fear, doubt, and dismissiveness." *Engaging Families* at 2. 57% of TGD respondents aged 16-17 reported their families were not affirmatively supportive of their gender identity. *2022 Transgender Survey Early Insights* at 19; *see also 2015 Transgender Survey* at 70 (noting that roughly one in five TGD survey respondents reported that their families were not supportive of their gender identity); Human Rights Campaign, *Growing up LGBT in America* (2012) at 14, https://perma.cc/3B52-SFRG (last visited Apr. 3, 2026) (finding a third of TGD youth have reported that their family is not accepting of LGBTQ people, and only about one half feel they have a family member to turn to for comfort and support); *id.* at 2 (survey indicating that LGBT youth chose "[n]on-accepting families" as "the most important problem" they faced, followed by "[s]chool/bullying problems").

The results of familial hostility or rejection can be dire. TGD people are significantly more likely than non-TGD people to experience physical, psychological, and sexual abuse from an immediate family member. Andrea L. Roberts et al., *Childhood Gender Nonconformity: A Risk Indicator for Childhood Abuse and Posttraumatic Stress in Youth*, 129(3) Pediatrics 410, 413–14 (Mar. 2012). At least half of LGBTQ adolescents experience negative reactions from family members upon coming out. *See* Barbara Fedders, *Coming Out for Kids: Recognizing, Respecting, and Representing LGBTQ Youth*, 6 Nev. L.J. 774, 787

(2006), https://perma.cc/2JK5-YYPW. Indeed, more than ten percent of TGD survey respondents reported experiencing violence at the hands of an immediate family member. *2022 Transgender Survey Early Insights* at 20; Jonah P. DeChants et al., *"It Kinda Breaks My Heart"*: LGBTQ Young Adults' Responses to Family Rejection, 71 Fam. Relat. 968, 981 (2022) (noting that "[s]everal participants" in a 2022 study "described increased abuse and neglect after coming out, including being locked out of the home or threatened with violence," and that "[m]ost of these young adults recalled abuse and neglect before coming out but felt that it intensified after they did come out to their families"); *id*. at 977 (quoting one participant as explaining how "his father's demeanor toward him changed after he came out: 'After I came out . . . He was more negative towards me . . . He even left a bruise one time.'").

Family members may also deny TGD youth financial support, housing, and education, or deprive them of other key resources. Nearly 40% of TGD individuals reported that they were either forced to leave their family homes or treated in a manner that compelled them to leave after their family learned of their gender identity. *2020 National Survey* at 8; *see also 2015 Transgender Survey* at 68 ("Within an hour of coming out to my parents, I was kicked out into the cold with very few items and my car taken away. I was soon informed by my college that my parents had withdrawn my tuition for the upcoming spring semester. I was devastated."). Among TGD people rejected by their immediate family, 40% went on

- 24 -

to experience homelessness, a figure twice as high as for those with supportive families. *2015 Transgender Survey* at 65. Even when family members do not remove financial support entirely, they can use that support to coerce TGD children into hiding their identities. As one TGD young person put it, she was "[s]till at present financially dependent on my parents, which allows for a lot of coercion and policing of where I can be out and in what capacity I can be out, and a lot of need for hiding different things." *Parental Support* at 77–78.

The familial rejection or abuse some TGD youth experience exacerbates the already high mental health risks, discussed above, that TGD people face in adolescence and throughout their lives. Research confirms that rejection by family members corresponds directly to "negative psychosocial outcomes," including depression, anxiety, and suicidality. Emily M. Pariseau et al., *The Relationship Between Family Acceptance-Rejection and Transgender Youth Psychosocial Functioning*, 7 Clin. Pract. in Pediatr. Psychol. 267, 273–74 (2022); *see also* Selene Mezzalira et al., *Gender Felt Pressure, Affective Domains, and Mental Health Outcomes among Transgender and Gender Diverse (TGD) Children and Adolescents: A Systematic Review with Developmental and Clinical Implications*, 20 Int. J. Environ. Res. Public Health 1, 13 (2023) (finding that better family communications and greater family satisfaction were associated with fewer mental health outcomes—i.e., less self-harm, fewer depression and anxiety-related

- 25 -

symptomatologies—and with greater self-esteem and resiliency among TGD adolescents). TGD people rejected by their family members are over 300% more likely to attempt suicide, and about 250% more likely to suffer substance abuse problems. Augustus Klein & Sarit A. Golub, *Family Rejection as a Predictor of Suicide Attempts and Substance Misuse Among Transgender and Gender Nonconforming Adults*, 3 LGBT Health 193, 196 tbl.1 (2016); *see also* Clark et al., at 6 ("[C]hronic identity rejection and invalidation, especially during childhood and adolescence, can severely harm healthy identity development, causing [LGBTQ] young people to feel erased, invisible, or even non-existent, thereby contributing to their capability for suicide."). Likewise, 34% of LGBTQ youth who experienced housing instability—often prompted by hostile family members—reported attempting suicide. *2020 National Survey* at 8. Even a TGD young person's perception of parents as unsupportive or rejecting is generally "linked to psychological maladjustment, including higher levels of depressive symptoms and LGBTQ-identity disclosure stress." Arnold H. Grossman et al., *Parental Responses to Transgender and Gender Nonconforming Youth: Associations with Parent Support, Parental Abuse, and Youths' Psychological Adjustment*, 68(8) J. Homosexuality 1260, 1271–72 (July 3, 2021). The potential for such dire physical and mental harms underscores why supportive school policies are essential to

- 26 -

safeguarding TGD students' well-being, both at school and at home.[7]

**B.    Supportive School Environments Help Prepare TGD Youth to Engage with their Families**

Given the varied responses families may have to a child's gender diversity, it is important to respect the reasons TGD youth may not be ready to share their identities at home. *Engaging Families* at 14. As noted above, family members often embrace and support their TGD children and relatives. But even youth who believe their parents will be supportive deserve the opportunity to share this part of themselves on their own terms and in their own way. And TGD youth from families that may struggle to understand their identity may need time to gather resources and determine the best way to engage their families for support.

Moreover, as the evidence above shows, some families may not be supportive or willing to learn. Familial rejection and gender invalidation are associated with substance abuse, homelessness, poor academic achievement, and other adverse outcomes that compound the mental health risks TGD youth already face. *See* Guadalupe Marquez-Velarde et al., *The Impact of Family Support and Rejection on Suicide Ideation and Attempt among Transgender Adults in the U.S.*, 19 LGBTQ+ Fam.: An Interdisc. J. 275, 276–77 (2023); Harmony Rhoades et al., *Homelessness,*

---

[7] Given the severity and immediacy of the harms that forced disclosure can inflict—including violence, expulsion from home, and heightened suicidality, as outlined above—post-hoc liability for abuse is not an adequate substitute for policies that prevent these irreversible consequences from occurring in the first place.

*Mental Health and Suicidality Among LGBTQ Youth Accessing Crisis Services*, 49 Child Psychiatry Hum. Dev. 643, 649–50 (2018) (studying youth who contacted crises services hotlines and finding that TGD youth who disclosed their identity to their parents and experienced rejection suffered from higher rates of homelessness).

As those most familiar with their own families, TGD young people themselves are in the best position to decide when, how, and to whom they disclose their gender identity. Indeed, one's sexuality is "part of the physiological foundation necessary for self-actualization," and "sets the stage" for any important relationship in one's life. Jack Simons and Mary Cuadrado, *Narratives of School Counselors Regarding Advocacy for LGBTQ Students,* 22 Prof. Sch. Counseling 1, 5 (2019) (citation omitted). That is why it is clear that having a confidential relationship with a trusted school staff member—like a counselor—is of utmost importance for LGBTQ students and directly impacts whether or not they seek potentially vital assistance and support from their schools. Kristopher M. Goodrich & Melissa Luke, *LGBTQ Responsive School Counseling*, 3 J. LGBT Issues in Counseling 113, 116 (2009); *National School Climate Survey* at 130 (supportive staff members positively influence TGD students' "academic performance, educational aspirations, feelings of safety, school absenteeism . . . psychological well-being, and connection to their school community"). Indeed, many TGD students are reluctant to seek support at school for fear that school employees will "out" them to family members. *Id*. at 26–

27.

A categorical rule requiring schools to notify parents of a TGD student's identity, regardless of the student's concerns about familial reactions, would place some students in a catch-22 whereby, in seeking essential support at school, they would risk exposing themselves to rejection or abuse not only at school, but also at home. That outcome could deny these young people important—and at times, lifesaving—support that supportive school policies are specifically designed and proven to provide. In light of the very real and severe risks that TGD youth face, policies that force disclosure of a student's gender identity risk transforming school from a refuge into yet another potential minefield. Conversely, AB 1955's prohibition on policies that mandate outing students against their will is rooted in respect for the autonomy and discretion of TGD young people, leaving schools with a wide range of options to help them build acceptance and create the best chances for safety, positive mental health outcomes, and academic success.

## CONCLUSION

For the foregoing reasons, *amici* respectfully urge this Court to recognize the importance of the school support systems the Act is designed to protect and to reverse the District Court's orders granting Plaintiffs-Appellees' Motion for a Class-wide Permanent Injunction and Motion for Summary Judgment.

Dated: June 2, 2026                Respectfully submitted,

                                 */s/ Jeffrey M. Gutkin*

                                 Jeffrey M. Gutkin
                                 COOLEY LLP
                                 3 Embarcadero Center, 20th Floor
                                 San Francisco, CA 94111
                                 (415) 693-2000
                                 jgutkin@cooley.com

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 8. Certificate of Compliance for Briefs

*Instructions for this form:* *http://www.ca9.uscourts.gov/forms/form08instructions.pdf*

**9th Cir. Case Number(s)** 25-8056

I am the attorney or self-represented party.

**This brief contains** 6,734 **words,** including 0 words

manually counted in any visual images, and excluding the items exempted by FRAP

32(f). The brief's type size and typeface comply with FRAP 32(a)(5) and (6).

I certify that this brief *(select only one)*:

○ complies with the word limit of Cir. R. 32-1.

○ is a **cross-appeal** brief and complies with the word limit of Cir. R. 28.1-1.

◉ is an **amicus** brief and complies with the word limit of FRAP 29(a)(5), Cir. R. 29-2(c)(2), or Cir. R. 29-2(c)(3).

○ is for a **death penalty** case and complies with the word limit of Cir. R. 32-4.

○ complies with the longer length limit permitted by Cir. R. 32-2(b) because *(select only one)*:

☐ it is a joint brief submitted by separately represented parties.
☐ a party or parties are filing a single brief in response to multiple briefs.
☐ a party or parties are filing a single brief in response to a longer joint brief.

○ complies with the length limit designated by court order dated _____.

○ is accompanied by a motion to file a longer brief pursuant to Cir. R. 32-2(a).

**Signature** s/ Jeffrey M. Gutkin **Date** June 2, 2026

*(use "s/[typed name]" to sign electronically-filed documents)*

**Form 8** *Rev. 12/01/22*